918

PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY v. LOUIS FRIEDMAN REALTY CO., INC., et al.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of KATHERINE G. BURRI, Individually and as President of the Civil Service Forum, Council 189, et al. v. CITY OF NEW YORK et al.—

Present — Martin, P. J., Townley, Dore, Cohn, and Callahan, JJ.

MARIE E. SMITH v. BERNARD TOBIAS.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAMUEL FINGERHUT et al. v. LOUIS SINGER et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LONDON CHARACTER SHOE CORPORATION et al. v. ALFRED S. DAVIS, as Treasurer of Retail Shoe Salesmen's Union, Local 1115-F, A. F. of L., et al., Impleaded with Others.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

(July 7, 1943.)

J. H. HOLDING CO., INC., v. M. JOSEPHINE WOOTEN.—

Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

(July 9, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN A. RABINOWITZ, Appellant.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of MORTON S. COAN, an Attorney.—

Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MALEY COHEN, also known as MALEY M. COHEN, for Reinstatement as an Attorney.—

Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

(July 13, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB BERNOFF, THOMAS MCADAM, MURRAY GABAEFF, EDWARD TAYLOR, ABRAHAM LICHTENSTEIN, CHARLES GREEN, JEREMIAH BUCKLEY, GEORGE BLUME and JOHN MURPHY, Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.